**SO ORDERED.**

**SIGNED this 26 day of September, 2011.**

_____
ROBERT E. LITTLEFIELD, JR.
CHIEF UNITED STATES BANKRUPTCY JUDGE

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

In Re:

MICHAEL E. MURAUSKAS and
AMY E. MURAUSKAS,

Debtors.

Case No. 09-13261

Chapter 13
Hon. Robert E. Littlefield, Jr.

### ORDER

This matter having come on to heard on the 22nd day of September 2011 by a motion filed by Rodriguez & Doern, PLLC, attorneys for the above-named debtors, Michael E. Murauskas and Amy E. Murauskas. After all the pleadings had herein and after due deliberations, it is hereby

**ORDERED,** that the claims of Wells Fargo Financial Bank filed on PACER as claim 13-1 and Bass & Associates, P.C. filed on PACER as claim 26-1 be reclassified from secured to unsecured.

### ###